KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

~~SAN FRANCISCO~~ DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3 06 70083 WDB |
|     Plaintiff, | ) | [PROPOSED] ORDER AND |
| | ) | STIPULATION FOR CONTINUANCE |
| v. | ) | FROM JUNE 16, 2006 TO JULY 28, 2006 |
| | ) | AND EXCLUDING TIME FROM THE |
| JOHNNIE FAYE HOWARD LEWIS, | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) AND |
|     Defendant. | ) | WAIVING TIME LIMITS UNDER RULE |
| | ) | 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters

this order scheduling an arraignment or preliminary hearing date of July 28, 2006 at 10:00A.M.

before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

Speedy Trial Act, 18 U.S.C. § 3161(b), from June 16, 2006 to July 28, 2006. The parties agree,

and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

    2. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

cc: WDB's Stats, Copy to parties via ECF

1   preliminary hearing.

2        3. Counsel for the defense believes that postponing the preliminary hearing is in his

3   client's best interest, and that it is not in his client's interest for the United States to indict the

4   case during the normal 20-day timeline established in Rule 5.1.

5        4. The Court finds that, taking into the account the public interest in the prompt

6   disposition of criminal cases, these grounds are good cause for extending the time limits for a

7   preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,

8   the Court finds that the ends of justice served by excluding the period from June 16, 2006 to July

9   28, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  §

10  3161(h)(8)(A).

11       5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary

12  hearing date before the duty magistrate judge on July 28, 2006, at ~~9:30~~ *10:00* A.M., and (2) orders that

13  the period from June 16, 2006 to July 28, 2006 be excluded from the time period for preliminary

14  hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations

15  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

16

17  IT IS SO STIPULATED:

18

19  DATED: 6/16/06

20                         JAMES GILLER, ESQ.
                           Attorney for Defendant

21

22  DATED: 6/16/06

23                         ROBERT DAVID REES
                           Assistant United States Attorney

24

25  IT IS SO ORDERED.

26

27  DATED: 6 - 16 - 06

28                         HON. WAYNE D. BRAZIL
                           United States Magistrate Judge

                                          2